| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Parsons, Marcia P. | 2. Court or Organization<br><br>USBC Eastern District of Tennessee | 3. Date of Report<br><br>10/17/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>200 West Depot Street<br>Suite 321<br>Greeneville, Tennessee 37743 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 10/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Appalachian School of Law--teaching |
| 2. | 2015 | Walters State Community College--teaching |
| 3. | 2015 | Wolters Kluwer Law & Business Publishers--book royalties |
| 4. | 2015 | Parsons Legal Consulting Services |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 09/26 to 09/30/2015 | Miami, FL | Annual meeting | Transportation, meals, room |
| 2. | National Conference of Bankruptcy Judges | 11/15 to 11/16/2015 | Washington, D.C. | Meeting with Chief Justice | Transportation, meals, room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 10/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Bank Checking | A | Interest | L | T | | | | | |
| 2. TN Energy Acqu. Rev. Bond | B | Interest | K | T | | | | | |
| 3. U.S. Savings Bonds | A | Int./Div. | M | T | | | | | |
| 4. IRA #2 (UBS Cus: Fin'ing Corp CPN Zero Coupon bonds) | A | Interest | J | T | | | | | |
| 5. IRA #2 (UBS Cus: Fin'ing Corp Fed CPN Zero Coupon bonds) | A | Interest | J | T | | | | | |
| 6. IRA #2 (UBS Cus: Fed Hom Ln Ntg Corp Zero Coupon bonds) | A | Interest | K | T | | | | | |
| 7. IRA #2 (UBS Cus: Fed Natl Mtg Ass Med Term Zeros) | A | Interest | K | T | | | | | |
| 8. IRA #2 (UBS Cus: Bank USA Deposit Account) | A | Interest | J | T | | | | | |
| 9. IRA #1 (UBS Cus: Fin'ing Corp CPN FICO Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 10. IRA #1 (UBS Cus: Fin'ing Corp Fed CPN Zero Coupon Bonds | A | Interest | L | T | | | | | |
| 11. IRA #1 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 12. IRA #1 (UBS Cus: Fin'ing Corp Strip Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 13. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Med Trm Zero Coup Bonds | A | Interest | J | T | | | | | |
| 14. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Zero Coupon Bonds | A | Interest | L | T | | | | | |
| 15. IRA #1 (UBS Cus: Resol Funding Corp Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 16. IRA #1 (UBS Cus: TN Vally Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 17. IRA #1 (UBS Cus: Bank USA Deposit Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (UBS Cus: Jackson National Annuity) | A | Int./Div. | L | T | | | | | |
| 19. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 20. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds | A | Interest | K | T | | | | | |
| 21. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 22. IRA #1 (UBS Cus: Ohio Nat'l Annuity) | A | Interest | L | T | | | | | |
| 23. Hartford Fixed Annuity | A | Interest | L | T | | | | | |
| 24. Great West IRA (100% in Secure Foundation Balanced L account) | A | Int./Div. | M | T | | | | | |
| 25. New York Life Fixed Annuity | B | Distribution | L | T | | | | | |
| 26. TIAA-CREF Retirement Annuity (ASL) | B | Distribution | N | T | | | | | |
| 27. UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 28. Capital One 360 Checking Account | A | Interest | M | T | | | | | |
| 29. AMEX Personal Savings Account | A | Interest | M | T | | | | | |
| 30. VOYA Variable Annuity #1 Intermediate Bond Portfolio | A | Interest | K | T | | | | | |
| 31. VOYA Variable Annuity #1 Growth & Income Portfolio | A | Interest | K | T | | | | | |
| 32. VOYA Variable Annuity #1 Large Cap Growth Portfolio | A | Interest | K | T | | | | | |
| 33. Voya Variable Annuity #2 Intermediate Bond Portfolio | A | Interest | K | T | | | | | |
| 34. Voya Variable Annuity #2 Growth & Income Portfolio | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Voya Variable Annuity #2 Large Cap Growth Portfolio | A | Interest | K | T | | | | | |
| 36. Voya Variable Annuity #3 Intermediate Bond Portfolio | A | Interest | J | T | | | | | |
| 37. Voya Variable Annuity #3 Growth & Income Portfolio | A | Interest | K | T | | | | | |
| 38. Voya Variable Annuity #3 Large Cap Growth Portfolio | A | Interest | K | T | | | | | |
| 39. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 10/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In this 2015 Amended Report, the following changes were made to Part VII of the 2015 Original Report:

1. The asset "Tennessee State Retirement Account" that appeared on Line 24 of the 2015 Original Report has been deleted in this 2015 Amended Report. It was an unintended duplication of the asset "Great West IRA" that appeared on Line 25 of the 2015 Original Report and that now appears on Line 24 of this 2015 Amended Report.

2. The description of the asset "Great West IRA" that appeared on Line 25 of the 2015 Original Report has been revised to read "Great West IRA (100% in Secure Foundation Balanced L account)" and now appears on Line 24 of this 2015 Amended Report. The revision reflects the fact that the entire investment of that asset is contained in the single named account.

3. The description of the asset "ING Electric Orange Checking Account" that appeared in Line 29 of the 2015 Original Report has been revised to read "Capital One 360 Checking Account" and now appears on Line 28 of this2015 Amended Report. The revision reflects the purchase of ING by Capital One 360.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia P. Parsons**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544